## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Network F.O.B., Inc.,                              Civil No. 10-72 (RHK/AJB)

                    Plaintiff,

                                      **ORDER OF DISMISSAL**
v.                                                 **WITHOUT PREJUDICE**

Arnold M. Gale,

                    Defendant.

---

       Based upon the parties' Stipulation of Dismissal Without Prejudice (Doc. No. 17),

**IT IS ORDERED** that:

      1.      This action is **DISMISSED WITHOUT PREJUDICE**; and

      2.      Each party shall bear its own costs.

Dated:  November 8, 2010


                                   s/Richard H. Kyle
                                   RICHARD H. KYLE
                                   United States District Judge